# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3455
LT Case No. 2016-CF-003385-A

———————————————

CHARLES REYNALDO MURILLO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 29, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____